# EXHIBIT B

$275

EFILED

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss. SUPERIOR COURT DEPARTMENT
C.A. NO.: 2385CV1820-C

FD 120 TURNPIKE, LLC, )
)
Plaintiff, )
)
v. )
)
LONDON GLASS & MIRROR LGM INC )
a/k/a LONDON GLASS & MIRROR INC, )
)
Defendant. )

2

**COMPLAINT**

1. The Plaintiff, FD 120 Turnpike, LLC, is a Massachusetts limited liability company engaged in the business of owning the real property and improvements at 120 Turnpike Road (Massachusetts Route 9) in Southborough, Worcester County, Massachusetts (the "Property"). Its principal office address is 118 Turnpike Rd., Ste. 300, Southborough, Massachusetts, 01772.

2. The Defendant, London Glass & Mirror LGM Inc, also known as London Glass & Mirror Inc (hereinafter "London") is a Massachusetts corporation, with a principal office at 30 Main Street, Suite 17, Ashland, Massachusetts, 01721.

3. Plaintiff's general contractor, Expedited Construction, LLC, contracted with London to replace all of the exterior windows at the office building at the Property. Attached to this Complaint as **EXHIBIT A** is a copy of the exterior windows Subcontract.

4. That Subcontract is dated October 13, 2020. London's President, Edson Sampaio, signed that Subcontract for London on October 13, 2020, and Expedited Construction signed it on October 16, 2020.

5. Plaintiff paid London One Hundred Thousand Dollars and No Cents ($100,000.00) as a deposit in conjunction with the windows and glass Subcontract being signed.

6. Plaintiff previously filed a Complaint against Defendant in Worcester Superior Court (Civil Action No. 2185CV00968-B) and obtained a Judgment against Defendant. That case sought relief for breach of contract, unjust enrichment, conversion, fraud and deceit, unfair trade practices, and negligence.

7. In the time since the filing of and the Judgment in that prior case, Plaintiff has become aware of further negligence by Defendant and related damages to the Property, hence this action.

8. When the Defendant ceased work on the Property in February 2021, Plaintiff

discovered that the Defendant had left shattered panes of glass on the roof of the building, but Plaintiff did not know the extent of the damage caused by the shattered glass. That remained the case through the Judgment in the prior litigation. The shattered glass on the building's roof was due directly to the negligence of Defendant and its officers, employees, contractors and agents, in their transportation, handling, carrying and storage of new and old glass atop the building roof.

9. The Plaintiff and its tenants in the building were faced with extensive and growing roof leaks that affect the tenants' use of the building. Those leaks are caused directly by the shattered glass piercing the roof membrane. The Plaintiff had vendors patch various leaks but the issues continued, and a full replacement of the roof was necessary. The Plaintiff conducted a bid process to obtain quotes to replace the roof, and that process resulted in Plaintiff accepting a proposal to have the roof replaced for $164,000. A copy of that proposal is attached to this Complaint as **EXHIBIT B.**

## COUNT ONE – NEGLIGENCE

10. The Plaintiff repeats and re-alleges paragraphs 1 through 9 of the Complaint and incorporate them in this paragraph as if fully set forth.

11. Defendant owed a duty of care to Plaintiff as a function of Plaintiff's general contractor hiring Defendant to undertake the exterior windows' replacement and to handle glass at the Plaintiff's property.

12. By Defendant's actions and inactions outlined above, the Defendant and its agents negligently breached Defendant's duty of care to the Plaintiff, and that breach caused harm to the Plaintiff. The Plaintiff was harmed by the Defendant's breach in that the Plaintiff had to replace the building's entire roof at a cost of $173,850. A copy of the costs ledger is at **EXHIBIT C.**

WHEREFORE, the Plaintiff respectfully requests that this Court enter judgment against Defendant for the Plaintiff's damage, together with Plaintiff's costs, interest, attorneys' fees and such other relief as this Court deems just and proper.

**FD 120 TURNPIKE, LLC,**

By Its Attorney,

Brian R. Charville, BBO # 625051
Ferris Development Group, LLC
118 Turnpike Rd., Ste. 300
Southborough, MA 01772
Telephone – (508) 281-5600
Facsimile – (508) 229-0356
bcharville@ferrisdevelopment.com

December 4, 2023

# SUBCONTRACT

This SUBCONTRACT ("Subcontract") is made as of this 13th day of **October, 2020** , by and between **Ferris Construction, LLC** ("Contractor") and **London Glass & Mirrors Inc.** ("Subcontractor") for the provision of services and materials at the work site identified hereinbelow.

WITNESSETH:

WHEREAS, Contractor has been engaged by the **owner** of the property situated at **120 Turnpike Road, Southborough, MA 01772** (hereinafter referred to as "Property") to perform **Exterior Window Replacement**; and

WHEREAS, Contractor desires that Subcontractor perform the work and provide the materials specified in this Subcontract and **Exhibit A** attached hereto, and Subcontractor desires to perform said work and provide such materials, all in accordance with the terms, covenants, conditions, and agreements herein set forth,

NOW, THEREFORE, Contractor and Subcontractor, in consideration of the mutual covenants and agreements herein contained, and intending to be legally bound hereby, covenant and agree as follows:

1) Term. The terms, covenants, conditions and agreements of this Subcontract shall be effective for the time period **September 30, 2020 – December 31, 2020** and shall continue in effect until this Subcontract expires or is terminated in accordance with the provisions hereof.

2) Work and Services Requirements. Subcontractor shall perform the work and provide the materials, and comply with the requirements, set forth on **Exhibit A** attached hereto and made a part hereof (such work and services being hereinafter referred to as the "Work"), at, and in connection with, the Property. Subcontractor shall supply all labor, material, equipment, supervision and all other items and services necessary in the performance of the Work, unless otherwise indicated in **Exhibit A**. All Work shall be performed in a workmanlike manner, and in a manner satisfactory to Contractor in its reasonable discretion. Any portion of the Work found not to be satisfactory by the Contractor shall be promptly remediated, improved, and finalized to the Contractor's satisfaction.

3) Subcontractor's Employees. Subcontractor shall only utilize Subcontractor's employees in the performance of the Work, and Subcontractor shall not enter into any agreements or subcontracts with others for the performance of the Work without the prior written approval of Contractor, which approval may be withheld in Contractor's sole discretion. In the event that the actions or conduct of any employee of Subcontractor is determined to be detrimental to the interests of Contractor, in the sole discretion of Contractor, then, upon request of Contractor, Subcontractor shall not utilize such employee in the Work.

4) Independent Contractor; EOE, etc. Subcontractor shall have in its employ at all times a sufficient number of capable employees to enable Subcontractor to properly, adequately, safely, promptly and economically perform the Work. All matters pertaining to the employment of such employees are the responsibility of Subcontractor, which is in all respects the employer of such

EXHIBIT
tabbles
A

employees. Subcontractor shall fully comply with all applicable laws and regulations having to do with worker's compensation, Social Security, unemployment insurance, hours of labor, wages, working conditions, and other employer / employee subjects. Subcontractor represents that it is and will continue to be an Equal Opportunity Employer during the term of this Subcontract. This Subcontract is not one of Agency by Subcontractor for Contractor, but one with Subcontractor engaged independently in the business of performing work on its own behalf as an independent contractor, and under no circumstances shall Subcontractor, its servants, agents or employees be or become or be deemed employees of the Contractor in the conduct of the Work to be performed pursuant to this Subcontract. All employment arrangements relating to the Work are therefore solely Subcontractor's concern, and Contractor shall have no liability with respect thereto.

5) <u>Payment</u>. Contractor shall pay Subcontractor for the Work in accordance with the payment provisions set forth on **Exhibit A** hereof. Subcontractor shall submit a detailed invoice and payment by Contractor for any and all sums due pursuant to this Subcontract shall be NET THIRTY (30) days upon receipt of invoice made out to Contractor. Invoices shall be sent to:

**Ferris Construction, LLC**
One Research Drive, Suite 105B
Westborough, MA 01581

**Or EMAILED TO: AP@Ferrisdevelopment.com**

6) <u>Indemnification.</u> Subcontractor agrees, to the fullest extent permitted by law, to (a) indemnify, defend and hold harmless Contractor, and its subsidiaries and affiliates, directors, officers, agents, servants and employees (for the purposes of this section, a "Contractor Indemnitee" or the "Contractor Indemnitees"), from and against any and all claims, demands, causes of action, proceedings, losses, damages, fines, penalties, liabilities, judgments, orders, costs and expenses (including, without limitation, reasonable attorney's fees and legal costs) sustained or incurred by or asserted against any Contractor Indemnitee by reason of, arising from or in any way attributable to the duties, responsibilities and obligations of the Subcontractor under and during the term of the Subcontract, and (b) that the aforesaid indemnification shall also cover (i) injuries (and loss of life) or damages to Contractor's personnel, fixtures and equipment, and (ii) damages to the Property. The indemnification set forth in this section shall survive the expiration or termination of this Subcontract.

7) <u>Insurance</u>. Subcontractor agrees to (a) procure, at Subcontractor's sole cost and expense, and maintain in effect during the term of this Subcontract, the (i) worker's compensation, comprehensive general liability, and comprehensive insurance described in **Exhibit B** and (b) supply Contractor with Certificates of Insurance setting forth the aforesaid required insurance coverages prior to the commencement of any portion of the Work at the Property, including staging. Subcontractor agrees to fully insure Contractor with respect to the Work by ensuring that "Ferris Construction, LLC, and its respective officers, members, partners, managers, parents, subsidiaries, related and affiliated entities, agents, servants, and employees" are expressly named as additional insureds on every portion of the Subcontractor's required insurance with respect to Subcontractor's Work.

8) <u>Release</u>. Subcontractor releases and relieves Contractor, and its respective

subsidiaries and affiliates, members and managers, owners, agents, servants and employees, from all liability in connection with any and all loss of life, personal injury, damage to or loss of property occurring to Subcontractor or its agents, servants or employees in the performance of the Work.

9) Termination

(a) Contractor or Subcontractor may terminate this Subcontract without cause by giving the other party to this Subcontract at least thirty (30) days prior written notice thereof.

(b) In the event that Contractor, in its sole discretion, deems the performance of Subcontractor under this Subcontract unsatisfactory by the failure of Subcontractor to (i) fully and satisfactorily perform the Work, or (ii) comply with any of the terms, covenants, conditions and agreements of this Subcontract, including the Exhibits, then in such event, Contractor shall notify Subcontractor in writing of such failure(s), and in the event that the failure(s) specified therein by Contractor is not corrected to Contractor's satisfaction within ten (10) days after the date of such notice (or within such longer period of time as set forth by Contractor in said notice), then Contractor shall have the right to immediately terminate this Subcontract upon issuance of written notice to Subcontractor.

(c) In the event that Subcontractor becomes "bankrupt" as hereafter defined, this Subcontract shall automatically terminate and end without any required notice from Contractor to Subcontractor. As used in this subsection, the term "bankrupt" shall mean (i) the commencement by Subcontractor of a voluntary case under any Chapter of Bankruptcy Code (Title 11 of the United States Code), as now or hereafter in effect, or the taking by Subcontractor of any equivalent or similar action by the filing of a petition or otherwise under any other federal or state law in effect at the time relating to bankruptcy or insolvency, (ii) the filing of a petition against Subcontractor under any Chapter of the Bankruptcy Code (Title 11 of the United States Code), as now or hereafter in effect, or the filing of a petition seeking any equivalent or similar relief against Subcontractor under any federal or state law in effect at the time relating to bankruptcy or insolvency, and in either case the failure by Subcontractor to secure the discharge of any such petition within thirty (30) consecutive days from the date of filing, (iii) the making by Subcontractor of a general assignment for the benefit of its creditors, (iv) the appointment of a receiver, trustee, custodian or similar officer for Subcontractor or for the property of Subcontractor and the failure by Subcontractor to secure the discharge of such receiver, trustee, custodian or similar officer within thirty (30) consecutive days from the date of appointment, or (v) the admission in writing by Subcontractor of any liability to pay debts generally as they become due.

10) Notices. Any notice from Contractor to Subcontractor, or *vice versa*, shall be deemed duly served (a) if personally delivered to the recipient at its respective address hereinafter set forth, or (b) if mailed by Registered or Certified Mail addressed to Subcontractor at **30 Main Street, Suite 17, Ashland, MA 01721** or to Contractor at **325 Donald Lynch Blvd., Ste. 200, Marlborough, MA, 01752**, and the customary registered or certified mail receipt shall be evidence of such mail service. Each such mailed notice shall be deemed to have been given to or served upon the party to which addressed on the date the same is deposited in the United States Registered or Certified Mail, postage prepaid, and properly addressed in the manner above provided.

11) Assignment. This Subcontract shall not be assigned by Subcontractor without the prior written consent of Contractor, which consent may be withheld in Contractor's sole discretion. This Subcontract may be freely assigned by the Contractor as of the date of any notice thereof by Contractor to Subcontractor.

12) Binding Effect. This Subcontract shall inure to the benefit of and be binding on Contractor and Subcontractor and their respeotive heirs, executors, administrators, successors and assigns.

13) Force Majeure; Suspension. The obligations of either Contractor or Subcontractor shall be suspended when and to the extent that performance is delayed or prevented due to causes beyond the control of either party, including but not limited to Acts of God, Acts of Terrorism, Fire, Explosion, War, Riot, or changes in applicable law.

14) Governing Law; Forum and Venue Selection. This Subcontract shall be deemed to be made and entered into in the Commonwealth of Massachusetts. This Subcontract and any claims arising out of this Subcontract (or any other claims arising out of the relationship between the parties) shall be governed by and construed in accordance with the laws of the Commonwealth of Massachusetts and shall in all respects be interpreted, enforced and governed under the internal and domestic laws of Massachusetts, without giving effect to the principles of conflicts of laws of such state. The parties hereby agree that all claims and/or lawsuits between them shall be commenced in the state courts of the Commonwealth of Massachusetts, and the parties hereby submit to the jurisdiction and venue of the District Court and Superior Court of Worcester County, Massachusetts.

15) Jury Waiver. EACH PARTY HERETO HEREBY IRREVOCABLY WAIVES ANY AND ALL RIGHT TO TRIAL BY JURY IN ANY LEGAL PROCEEDING ARISING OUT OF OR RELATING TO THIS SUBCONTRACT AND THE TRANSACTIONS CONTEMPLATED HEREBY.

16) Entire Agreement; Amendments. This Subcontract and the Exhibits hereto set forth all the promises, covenants, agreements, conditions and undertakings between the parties hereto with respect to the subject matter hereof, and supersede all prior and contemporaneous agreements and understandings, inducements or conditions, express or implied, oral or written, except as contained herein. In the event of a conflict between the provisions of this Subcontract and the provisions of any exhibit attached hereto, the provisions of this Subcontract shall control. This Subcontract may not be changed orally but only by an agreement in writing, duly executed by or on behalf of the party or parties against whom enforcement of any waiver, change, modification, consent or discharge is sought.

17) Headings. The headings preceding the texts of the sections hereof are inserted solely for convenience of reference and shall not constitute a part of this Subcontract, nor shall they affect its meaning, construction or effect.

18) Partial Invalidity. The invalidity or unenforceability of any portion of this Subcontract shall not affect the validity or enforceability of the remainder hereof.

19) Subcontractor's Authority. The undersigned has the full legal right and capacity to

execute, acknowledge, deliver and perform its obligations under this Subcontract. The execution, acknowledgment, delivery and performance of this Subcontract have been duly authorized by all necessary corporate action and do not require any governmental or other third-party consent or authorization.

20) Rules and Regulations. Contractor's rules and regulations pertaining to vendors' and contractors' conduct upon the Property are set forth in **Exhibit C** to this Subcontract. Subcontractor covenants and agrees, as confirmed by its signature on Exhibit C, that it will adhere to and abide by all such rules and regulations and Subcontractor will ensure that its employees, contractors, agents, and representatives adhere to and abide by such rules and regulations when such persons are at the Property.

IN WITNESS WHEREOF, the parties hereto have caused this Subcontract to be duly executed on the day and year first above written.

**CONTRACTOR:**

**Ferris Construction, LLC**

By: [signature]

Printed Name: Brian R. Charville

Title: COO

Date: 10/16/20

**SUBCONTRACTOR:**

**London Glass & Mirrors Inc.**

By: [illegible]

Printed Name: [illegible]

Title: [illegible]

Date: [illegible]

London Glass & Mirror Inc
30 Main St, Suite 17
Ashland, MA 01721 US
508-598-6707
info@londonglassandmirrors.com
www.londonglassandmirrors.com

LONDON GLASS & MIRRORS

# Estimate

**ADDRESS**
Ana Salceda Ferris
Ferris Construction, LLC

**ESTIMATE #** 3054
**DATE** 09/17/2020

---

**JOB ADDRESS**
120 Turnpike,Southboro

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Aluminum Door**<br>*Front Entry:<br>Custom Fabrication/Installation of Clear (Silver) Curtain Wall Aluminum Frame with Butt Glazing<br>-1/2" Graylite glass Double doors with 2 side lites<br>-Brushed Stainless Steel finish<br>-4"Square Stainless Steel Door Bottom Rail With Lock<br>-4" Square Stainless Steel Door Top Rail<br>-(x2)72" long handles<br>-Push/pull sign<br>-CRL Adjustable Spring Power 90 Degree Hold Open 3/4" Long Spindle Overhead Concealed Door Closer<br>-Double Door Header<br>-Overall size: 245"(W)x254"(H)<br>*Opening for 1" glazing<br>-Fabrication/Installation of 1"Greylite II Insulated Tempered Glass, Low-E<br>*1/4" Greylite II Tempered- Coating Surface 2<br>*1/2" Anodized BB BS<br>*1/4" Energy Advantage Temp-Surface 3 | 1 | 0.00 | 0.00 |
| **Aluminum Door**<br>*Front Vestibule:<br>Custom Fabrication/Installation of 1/2" Clear Tempered Glass Double doors with 2 side lite panels<br>-Matte Black finish hardware<br>-Channel on top/bottom of side lites<br>-Push/pull sign<br>-(x4) Hydraulic hinges<br>-(x2) 78" long Handles<br>-Overall size: 205"(W) x 102" (H) | 1 | 0.00 | 0.00 |

WARRANTY:
London Glass & Mirrors will supply after all installations a door hanger with the warranty description.
PLEASE NOTE THAT FRAME-LESS SHOWER ENCLOSURES ARE NOT 100% WATER TIGHT AND SOME MINOR LEAKAGE MAY OCCUR
Thank you!
We appreciate your business

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Store Front**<br>*Front Top Vestibule:<br>Custom fabrication/installation of Matte Black Aluminum Frame with Butt Glazing<br>-(x3)65 5/8"(W)x99"(H)<br>*Opening for 1" glazing<br>-Fabrication/Installation of 1"Greylite II Insulated Tempered Glass<br>*1/4"Greylite II Tempered- Coating Surface 2<br>*1/2" Anodized BB BS<br>*1/4" Clear Temp-Surface 3 | 1 | 0.00 | 0.00 |
| **Aluminum Door**<br>*Back Entry:<br>Custom Fabrication/Installation of Clear (Silver) Curtain Wall Aluminum Frame with Butt Glazing<br>-1/2" Graylite glass Double doors with 2 side lites<br>-Brushed Stainless Steel finish<br>-4"Square Stainless Steel Door Bottom Rail With Lock<br>-4" Square Stainless Steel Door Top Rail<br>-(x2)72" long handles<br>-Push/pull sign<br>-CRL Adjustable Spring Power 90 Degree Hold Open 3/4" Long Spindle Overhead Concealed Door Closer<br>-Double Door Header<br>-Overall size: 216"(W)x99"(H)<br>*Opening for 1" glazing<br>-Fabrication/Installation of 1"Greylite II Insulated Tempered Glass, Low-E<br>*1/4"Greylite II Tempered- Coating Surface 2<br>*1/2" Anodized BB BS<br>*1/4" Energy Advantage Temp-Surface 3 | 1 | 0.00 | 0.00 |
| **Aluminum Door**<br>*Back Vestibule:<br>Custom Fabrication/Installation of 1/2" Clear Tempered Glass Double doors<br>-Matte Black finish hardware<br>-Push/pull sign<br>-(x4) Hydraulic hinges<br>-(x2) 78" long Handles<br>Overall size:76" (W) x 102"(H) | 1 | 0.00 | 0.00 |
| **Store Front**<br>*Exterior Windows:<br>Custom Fabrication/Installation of Clear (Silver) Curtain Wall Aluminum Frame with Butt Glazing<br>-Front Windows<br>(x18)58 3/16"(W)x51"(H)<br>-Front Windows Right<br>(x18)57 7/8"(W)x51"(H)<br>-Side Windows<br>(x12)57 7/8"(W)x51"(H)<br>-Side Windows 2 Left<br>(x6)57 5/16"(W)x51"(H)<br>-Side Windows 2 Right<br>(x6)42 3/4"(W)x51"(H)<br>-Side Windows 3<br>(x18)57 7/8"(W)x51"(H) | 1 | 0.00 | 0.00 |

WARRANTY:

London Glass & Mirrors will supply after all installations a door hanger with the warranty description.

PLEASE NOTE THAT FRAME-LESS SHOWER ENCLOSURES ARE NOT 100% WATER TIGHT AND SOME MINOR LEAKAGE MAY OCCUR

Thank you!

We appreciate your business

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| -Back Windows<br>(x117)57 7/8"(W)x51"(H)<br>-Back Windows<br>(x12)62 1/2"(W)x51"(H)<br>-Back Side 1<br>(x18)58"(W)x51"(H)<br>-Back Side 2 Left<br>(x6)43"(W)x51"(H)<br>-Back Side 2 Right<br>(x6)57 5/16"(W)x51"(H)<br>-Back Side 3<br>(x12)58"(W)x51"(H)<br>-Frot Side Left<br>(x54)57 3/4"(W)x51"(H)<br>*Opening for 1" glazing<br>-Fabrication/Installation of 1"Greylite II Insulated Tempered Glass, Low-E<br>*1/4"Greylite II Tempered- Coating Surface 2<br>*1/2" Anodized BB BS<br>*1/4" Energy Advantage Temp-Surface 3 | | | |
| **Removal/Disposal**<br>Removal/Disposal of all existing exterior aluminum windows, front entry and vestibule, back entry and vestible;<br>-All specified in the attached drawings<br>-All machinery necessery, silicone, miscelanious, and labor included | 1 | 0.00 | 0.00 |
| **Total**<br>London Glass Payment Terms:<br>-$158,600 (40%) down payment at time to sign contract<br>-$99,125 (25%) when all third floor exterior windows installed<br>-$99,125 (25%) when all exterior windows installed<br>-$39,650 (10%) final payment when project complete | 1 | 396,500.00 | 396,500.00 |

TERMS:
Full payment require when placing order. WE EXCEPT All MAJOR CREDIT CARDS. The order will only be placed after signed estimate and a full payment has been made. Full payments are not refundable after three days sent to production. Delays may result from reorders/errors/back-orders/vendors delays, strictly no financial compensation. Special order of custom glass fabrication is not refundable in case of delay by the manufacturer.
The Estimate Price Expires in 7 Days.

TOTAL **$396,500.00**

Accepted By

Accepted Date

WARRANTY:
London Glass & Mirrors will supply after all installations a door hanger with the warranty description.
PLEASE NOTE THAT FRAME-LESS SHOWER ENCLOSURES ARE NOT 100% WATER TIGHT AND SOME MINOR LEAKAGE MAY OCCUR
Thank you!
We appreciate your business

## EXHIBIT A

See attached Exhibit A- see attached Proposal #3054 dated 9/17/20 for pricing and scope of work.

**Contract Price is $ 396,500.00**

London Glass Payment Terms:
-$100,000- down payment at time to sign contract
-$58,600- When materials arrive
-$99,125 (25%) when all third floor exterior windows installed
-$99,125 (25%) when all exterior windows installed
-$39,650 (10%) final payment when project complete
*Note: Delay on payment may cause delay on project's schedule

## TIMELINE:

Proposed Schedule:
-Order Material as soon as down payment of $100,000.00 is received
-Aluminum material arrival at London Glass 3-4 weeks after ordered
-Insulated Glass arrival of 3 weeks after ordered
-1st phase-Removal and installation of exterior windows on 3rd Floor
-2nd phase-Removal and installation of exterior windows on 2nd Floor
-3rd phase-Removal and installation of exterior windows on 1st Floor
-4th phase-Removal and installation of Back entry and vestibule
-5th phase-Removal and installation of Front entry and vestibule (Front Entry's Structural support is not London Glass & Mirror's responsability. Clients and Contractor already aware that it needs to be addressed to prevent any issues when removen existing aluminum Front Entry)

**EXHIBIT B**

# INSURANCE REQUIREMENTS

The following insurance coverage shall be required by Contractor of the Subcontractor and all vendors and sub-subcontractors entering and serving the Property. These minimum amounts may be reasonably increased by the Contractor in its sole, reasonable discretion from time to time.

Subcontractor shall provide a complete Certificate of Insurance to the Contractor **prior to scheduling service or commencing any activity related to the Work** at the Property.

1. Workers' Compensation – Statutory Limits

2. Employers' Liability:
   a. $500,000 Each Person By Accident
   b. $500,000 Policy Limit By Disease
   c. $500,000 Each Person By Disease

3. Commercial General Liability (including Broad Form Contractual, Broad Form Property Damage, Personal Injury, Completed Operations and Products coverage):
   a. Limits of Liability –
      - $1,000,000 Bodily Injury, and Each Occurrence Combined Bodily Injury and Property Damage
      - $2,000,000 General Aggregate
      - $1,000,000 Products and Completed Operations Aggregate
      - $1,000,000 Personal and Advertising Injury
      - $50,000 Fire Damage
   b. $5,000 Medical Payments Additional Insured Endorsement naming Contractor. This coverage shall be primary and non-contributory providing coverage for ongoing and completed operations.

4. Comprehensive Automobile Liability (including owned, non-owned and hired car coverages) – Combined Single Limit of Liability for Bodily Injury and Property Damage – $1,000,000 Each Accident

5. Umbrella Liability - $1,000,000 Each Occurrence

Satisfactory Certificates of Insurance evidencing the above coverages are to be furnished to Contractor prior to (i) the performance of any Work on the property by Subcontractor and (ii) equipment or personnel of Subcontractor being on the property. Such Certificate of Insurance (a) will name those on the attached list as additional insureds, and shall expressly provide that the interest of Contractor therein shall not be affected by any breach by Subcontractor of any policy provision for which any said certificates of insurance evidence coverage, and (b) shall provide that no less than thirty (30) days prior written notice shall be given Contractor in the event of any

material alteration to or cancellation of the coverages evidenced by said Certificate of Insurance.

The insurance carrier and the form and substance of any policy provided in fulfillment of the requirements of this Exhibit shall be to the satisfaction of the Contractor. The insurance carrier shall be a responsible insurance carrier authorized to do business in the Commonwealth of Massachusetts. It shall have a policyholders rating of no less than "A- IX" in the most current edition of Best's Insurance Report.

**DESCRIPTION OF OPERATIONS**

**Additional Insureds:** "Ferris Construction, LLC, FD 120 Turnpike LLC and its respective officers, members, partners, managers, parents, subsidiaries, related and affiliated entities, agents, servants, and employees"

**CERTIFICATE HOLDER:**

Ferris Construction, LLC
325 Donald Lynch Blvd., Ste. 200
Marlborough, MA 01752

**Notice of Cancellation:** 30 Days; for Non-Payment, 10 Days

# **Exhibit C**

## **RULES AND REGULATIONS**

The following Rules and Regulations have been established by the Contractor and they shall be followed by the Subcontractor and all vendors and sub-subcontractors as a condition of their working at the Property. Any worker not conforming to these rules and regulations will be removed from the site by the Subcontractor, at the Contractor's sole discretion.

### **GENERAL**

Subcontractor is responsible for filing and obtaining all required local building, fire and/or utility permits, as applicable, prior to commencement of any work and must be licensed or certified to perform all work where specified or required by law. Subcontractor shall comply with all inspectional services and fire department requirements related to the issuance of the building permits and shall display the building permit and inspection records as required by building code. Where applicable, permits are to be posted by Subcontractor as directed by Contractor. No construction or alterations to the property may be started without the prior approval of the Contractor. Subcontractor shall submit to Contractor a full set of stamped architect's drawings reflecting the full and complete scope of the project to be approved at least two weeks prior to the requested start of work.

Subcontractor shall provide Contractor with a certificate of insurance showing evidence of coverage as required by the Contractor prior to the start of any portion of the Work.

Subcontractor will also ensure its employees are fully trained in all areas of the work they undertake, including, but not limited to, the proper use of tools and equipment and all safety equipment applicable to their assignment. Subcontractor shall also ensure that its employees are familiar with job specifications and adhere to them at all times while performing any portion of the Work.

Subcontractor will not borrow any materials (*i.e.* tools, extension cords, dollies, ladders, etc.) from the Contractor. Subcontractor is not allowed access to any electric, mechanical, or telephone closets without prior authorization from the Contractor.

In the event the Contractor allows special access to these areas, the Subcontractor will be responsible for any damaged or missing items.

**The resetting of electrical breakers or turning power on or off will be done only by Contractor's personnel unless otherwise agreed advance by the Contractor and Subcontractor in writing.**

All work undertaken by Subcontractor on site must be performed in accordance with safety standards that include, but are not limited to, compliance with Occupational Safety and Health Administration (OSHA) and NFPA 70E (Arc Flash standards). Subcontractor's safety procedures may exceed OSHA and NFPA 70E standards, but in no case shall they fail to meet those minimum requirements. Any accidents occurring at the Property are to be reported immediately to the Contractor.

Any job being performed in an unsafe or hazardous manner may be ordered shut down by the Contractor. In addition to its other rights, Contractor reserves the right to terminate any contract for failure to perform work in accordance with applicable federal, state or local safety standards, laws, ordinances or regulations.

**EMERGENCY PHONE NUMBERS**

| | |
|---|---|
| Fire Department | 9-1-1 |
| Ambulance | 9-1-1 |
| Police Department | 9-1-1 |

**FIRE OR EMERGENCY SITUATION**

The Subcontractor must designate an assembly point, outside the building, where Subcontractor's employees will meet if the building must be evacuated. The assembly point must be at least one hundred feet (100') from any portion of the building and be clear of access roads that may be utilized by the fire or police departments, or medical emergency responders.

Subcontractor shall familiarize its employees with the closest exits to their work areas. All Subcontractor personnel must evacuate the building immediately upon activation of a fire alarm, evacuation announcement or instructions from site security (fire evacuation drills also apply.)

**SIGNING IN AND OUT OF THE BUILDING**

All contractors are required to sign in and out of the Contractors Log, which is posted at the Management Office. Each employee of the Subcontractor shall sign in at the commencement of each workday and shall sign out prior to leaving the building at the conclusion of each workday. This will be done regardless of whether the contracted work is being done inside the building, on the building's exteriors, or on the grounds adjacent to the building.

In some instances, the Subcontractor will be issued a "Building Access Card" as a means to enter certain doors in the Building. This does **not** remove the requirement of signing in and out at the Management Office. These cards are non-transferable. Access cards are the sole property of the Property's owner and are to be returned upon Property owner's or Contractor's request, but no later than the termination of the Work. Charges for lost or damaged cards that are issued to Subcontractor shall be paid by Subcontractor immediately upon issuance of invoices.

**PARKING**

Subcontractor and its employees shall park in areas designated by the Property's owner or the Contractor. At no time shall Subcontractor or its employees park in Fire Lanes or in Visitor Parking.

**SUBCONTRACTOR'S BEHAVIOR**

Subcontractor will instruct its employees in the dangers associated with engaging in

horseplay, such as scuffling, pushing, and/or throwing objects of any kind. Workers will conduct themselves in a professional manner and shall refrain from loud behavior, such as shouting, whistling, offensive language, and the playing of radios. Subcontractor's employees are forbidden to use Owner or Tenant telephones. Smoking is permitting **only** in designated outdoor areas. Contractor asks that Subcontractor ensure that staff use the ash receptacles provided.

The use of alcohol, narcotics and/or controlled substances are also **strictly** prohibited on site, as well as firearms, ammunition, explosives, cameras, and any recording device. **Any** Subcontractor or its employee found in violation of these regulations will be ejected from the site.

**NOISY OR OTHERWISE DISRUPTIVE WORK**

All coring, drilling, demolition and other noisy or disruptive work, including use of polyurethane and oil-based paints, will be done Monday through Friday before 7:00 a.m. or after 6:00 p.m. in such a way as to minimize inconvenience to building's tenants. The Subcontractor will immediately cease all such work when instructed to do so by Contractor or building security.

**CHECK METERING**

If check-metering of the space is required, Contractor's electrician will perform this work at Subcontractor's cost unless other arrangements have been made in advance with Contractor or the Property's owner.

**MATERIALS & TOOLS**

All materials deliveries must be scheduled 24 hours in advance made via the loading dock and must be transported directly to the job site via the padded elevator only. The Subcontractor may not use the unpadded passenger elevator for the transporting of materials at any time. The Subcontractor will be responsible for all damage caused by the Subcontractor or the Subcontractor's sub-subcontractors.

No materials may be brought into the building through the main lobby at any time for any reason.

All vehicles making deliveries to the loading dock will be moved as soon as the delivery is complete. Unattended vehicles will be towed at the Subcontractor's expense. All deliveries must be made before 8:00 a.m., Monday through Friday. Tenant deliveries will be given preference over the Subcontractor's deliveries.

No materials may be stored or left in the loading dock, freight elevators, mechanical rooms, stairwells, electrical rooms, corridors or elevator lobbies for any period of time. All materials must be stored in the work area at all times. Materials left in unauthorized areas may be disposed of by Contractor.

Contractor assumes no responsibility for tools, materials, or equipment stored at the Building.

**ACCESS**

1. All work done by the Subcontractor will be completed between the hours of 7:00 a.m. and 4:00 p.m. unless the prior permission of Contractor is received. All of the Subcontractor's personnel are to be off the premises by 4:30 p.m.

2. Subcontractor's personnel will be restricted to the work area. Access to any other area will only be granted with the prior approval of Contractor. The Subcontractor's personnel may be permitted to use the restrooms located on the floor of the work area or any other restrooms designated by Contractor. These restrooms shall be cleaned and maintained by the Subcontractor to the satisfaction of Contractor.

3. Access to adjoining tenant spaces must be arranged and approved by the Contractor. When accessing tenant spaces, the Subcontractor's personnel may, at Contractor's sole discretion, be required to be supervised by building maintenance or security, and any personnel costs associated with such supervision will be billed to the Subcontractor.

4. Access to building mechanical spaces must be arranged through the Contractor.

**HOUSEKEEPING**

Subcontractor will take steps to ensure that all public corridors, lobbies, and stairwells, are kept free of their tools and materials, and that work is performed in such a manner so as to avoid creating hazards within these areas.

During the course of installation or renovation, good housekeeping shall be maintained by Subcontractor. Specific actions affecting general safety include, but are not limited to:

1. Temporary cords and hoses belonging to Subcontractor are to be properly secured and marked with safety stanchions. Unless other arrangements have been made with the Contractor, Subcontractor will ensure that waste materials, such as metal/wood shavings, paper, cardboard or other construction residue are placed in the proper scrap containers and removed at the end of each workday.

2. Subcontractor is to ensure that all materials, including incidental items such as screws, bolts, cables, etc., are swept up and properly disposed of at the end of each workday.

3. All stairwell doors and other fire doors must remain closed at all times. Doors may not be propped open. All other electrical room and mechanical area doors in the work area must be closed and locked at the end of each workday and the lights switched off.

4. The work area and all other areas through which the Subcontractor moves materials must be kept in a clean and orderly condition at all times by the Subcontractor.

5. The Subcontractor will dispose of all rubbish from the work area via the loading dock into an appropriate vehicle at such frequency as is needed to avoid the accumulation of excessive rubbish in the work area. The movement of rubbish from the work area to the loading dock must be done off hours.

## FIRE ALARM, SPRINKLER WORK, UTILITY INTERRUPTIONS

Any necessary fire alarm and sprinkler system disconnects will be arranged through the Property's owner. All fire alarm and life safety systems will be returned to service at the end of each workday. At no time may fire alarm or sprinkler equipment remain out of service overnight. The Subcontractor will be billed for the cost of any disconnects and for any charges due to accidental fire alarms resulting from the Subcontractor's work. No sprinkler system draining or refills will be done without the supervision of the building superintendent. All sprinkler work needs to be scheduled 48 hours in advance. The Contractor's vendor will, at the sole cost and expense of the Subcontractor, complete all new fire alarm tie-ins.

All utility disconnects must be scheduled 48 hours in advance and the Property's owner may require that such work be done on weekends or after hours. All costs related to weekend work will be the responsibility of the Subcontractor.

## KEYING

All keying is to be done through the Property's owner or the Contractor at the cost of the Subcontractor.

## SOLICITATION

Solicitation of any form is **strictly** prohibited at the Building. Violators will be ejected from the Building.

## FLOOR OPENINGS

Subcontractor shall guard all floor openings by constructing or installing barriers, railings and/or furnish covering material sufficient in strength to sustain at least twice the load of the anticipated pedestrian or vehicular traffic.

All such barriers and railings are to be illuminated or equipped with flashing lights at the end of each workday.

## CHEMICAL SAFETY & ENVIRONMENTAL STANDARDS

The Federal/State Hazardous Communication Standard requires whenever contractors perform work in areas where chemicals are present, the contractor must be informed about potential chemical hazards associated with such exposures. In order to satisfy this requirement, the Contractor will furnish Subcontractor with information and Material Safety Data Sheets (MSDS) applicable to each building at the Property, upon request. Specific information and procedural guidelines will also be supplied regarding any non-routine tasks included in the contract work.

### Subcontractor Responsibilities:

It is the responsibility of the Subcontractor to provide its employees with information, training and essential safety equipment relative to hazardous chemicals in their work areas at the time of their initial assignment and/or whenever a new hazard is introduced into their work area.

In addition to these general responsibilities, the Subcontractor shall furnish Contractor with a list of chemicals intended for use or necessary to the completion of his/her contractual tasks and current copies of Material Safety Data Sheets for approval, prior to the commencement of work.

**NOTE:** The Contractor reserves the right to disapprove the use of any hazardous chemical or material considered unsuitable to the facility or which would pose an unwarranted danger to building occupants.

1. Hazardous chemical containers are not to be stored directly on the floor/ground. Secondary containers or baffled trays are to be used to ensure containment of potential spills. Chemicals of any type are not to be discharged into any sewer drain, placed in trash containers, or emptied onto the ground.

2. All unused chemicals and/or original and used containers and related waste products are to be removed by Subcontractor and disposed of in accordance with applicable local, state and federal regulations.

3. Subcontractor shall notify the Contractor in the event of **any** chemical spill or leak in order to initiate required emergency responses, proper notification procedures and clean up procedures. Chemically contaminated debris resulting or arising from the actions of the Subcontractor (*i.e.*, sand, gravel, dirt, concrete) are the responsibility of the Subcontractor and are to be disposed of properly in accordance with applicable local, state and federal regulations.

4. Subcontractor shall not store any unlabeled chemicals/materials on the Property.

5. Subcontractor shall familiarize its employees with the location and operation of eyewash stations. All injuries are to be reported to the Contractor as soon as possible after the incident.

6. Where necessary or appropriate, Subcontractor will ensure that its employees are equipped with, are properly trained in use of, and facilitate proper respiratory and personal protective equipment suited to the chemical exposure and/or conditions under which the work is performed.

**<u>Combustible Trash</u>**

Combustible trash must be removed by the Subcontractor from the work area and stored at a safe distance from the buildings, and in appropriate containers, at the end of each workday.

**<u>Compressed Gas Cylinders</u>**

Valve protection caps shall be in place when compressed gas cylinders are transported, moved or stored. Cylinder valves shall be closed when work is completed, or cylinders are emptied or being moved. Compressed gas cylinders shall be secured (roped or chained) in an upright position at all times, except when being hoisted or carried. Compressed gas cylinders shall be kept at a safe distance, or shielded from welding or cutting operations. Gas cylinders are **NOT** to be stored in the property and must be removed daily.

ANY WELDING/SOLDERING OR ACETYLENE TORCH CUTTING IS TO BE PERFORMED ONLY WITH PRIOR AUTHORIZATION FROM THE CONTRACTOR.

**SUBCONTRACTOR SHALL BE RESPONSIBLE FOR THE COSTS OF ANY SHUT DOWN OR FIRE WATCH AS REQUIRED BY THE LOCALITY OR AGENT OF THE LOCALITY.**

**ROOF PENETRATIONS, ACCESS AND SAFETY:**

Subcontractor employees requiring access to roofs on the Property are to schedule any such access with Contractor. Roof access will be granted only after Contractor's approval. If roof penetrations are required, the Property's owner and Contractor reserve the right to designate the roof vendor who will perform this work.

Subcontractor employees working within ten feet (10') of the edge of the roof shall wear harness-type safety belts and lifelines furnished by Subcontractor. Subcontractor is responsible for ensuring that its employees are properly and thoroughly trained in wearing of any such safety harness and safety belts.

**ELECTRICAL SAFETY:**

No live electrical work is permitted at any time or under any circumstances. Personal protective equipment is required when working in electrical panels.

**ACCEPTED and AGREED**

**London Glass & Mirrors Inc.**

By: [signature]

Printed Name: Edson Sampaio

Title: President

Date: 10/13/20

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY) 10/6/2020

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

PRODUCER
Herlihy Insurance Group
51 Pullman Street
Worcester MA 01606

CONTACT NAME: Chris Rose
PHONE (A/C, No, Ext): 508-756-5159 FAX (A/C, No): 508-751-5747
E-MAIL ADDRESS: certificates@herlihygroup.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Nautilus Insurance Group | |
| INSURER B: Safety Indemnity Insurance Company | |
| INSURER C: Markel Insurance Company | |
| INSURER D: Travelers Insurance Company | |
| INSURER E: | |
| INSURER F: | |

INSURED LONDGLA-01
London Glass & Mirror, Inc.
30 Main Street - Suite#17
Ashland MA 01721

COVERAGES CERTIFICATE NUMBER: 768001214 REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | Y | Y | NN1100422 | 3/11/2020 | 3/11/2021 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X POLICY PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| B | AUTOMOBILE LIABILITY | Y | Y | 5907754 | 3/11/2020 | 3/11/2021 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY; X SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS ONLY; X NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| C | X UMBRELLA LIAB X OCCUR | Y | | EZXS3022167 | 3/11/2020 | 3/11/2021 | EACH OCCURRENCE | $ 5,000,000 |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ 5,000,000 |
| | DED RETENTION $ | | | | | | | $ |
| D | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N | | | 6HUB-4N57445-5-20 | 9/6/2020 | 9/6/2021 | PER STATUTE / OTH-ER | |
| | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBEREXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ 100,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 100,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |
| | | | | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Subject to policy terms, forms and conditions. Certificate holder, and any person or organization requested is included as an Additional Insured as required by a written contract, per form L815 (01/17), and Completed Operations per form L817 (02/15) on the General Liability Policy. A Waiver of Subrogation applies on the General Liability and Automobile Liability when required by written contract. Excess Liability is follow form.

CERTIFICATE HOLDER

Ferris Construction, LLC
325 Donald Lynch Blvd
Suite 200
Marlborough MA 01752

CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

© 1988-2015 ACORD CORPORATION. All rights reserved.

 The ACORD name and logo are registered marks of ACORD

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 10/6/2020

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Herlihy Insurance Group
51 Pullman Street
Worcester MA 01606

CONTACT NAME: Chris Rose
PHONE (A/C, No, Ext): 508-756-5159 FAX (A/C, No): 508-751-5747
E-MAIL ADDRESS: certificates@herlihygroup.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Nautilus Insurance Group | |
| INSURER B: Safety Indemnity Insurance Company | |
| INSURER C: Markel Insurance Company | |
| INSURER D: Travelers Insurance Company | |
| INSURER E: | |
| INSURER F: | |

**INSURED** LONDGLA-01
London Glass & Mirror, Inc.
30 Main Street - Suite#17
Ashland MA 01721

**COVERAGES** CERTIFICATE NUMBER: 144411409 REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | Y | Y | NN1100422 | 3/11/2020 | 3/11/2021 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | [X] POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| B | AUTOMOBILE LIABILITY | Y | Y | 5907754 | 3/11/2020 | 3/11/2021 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY; [X] SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | [X] HIRED AUTOS ONLY; [X] NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| C | X UMBRELLA LIAB [X] OCCUR | Y | | EZXS3022167 | 3/11/2020 | 3/11/2021 | EACH OCCURRENCE | $ 5,000,000 |
| | EXCESS LIAB CLAIMS-MADE | | | | | | AGGREGATE | $ 5,000,000 |
| | DED RETENTION $ | | | | | | | $ |
| D | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N | | | 6HUB-4N57445-5-20 | 9/6/2020 | 9/6/2021 | PER STATUTE / OTH-ER | |
| | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ 100,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 100,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Subject to policy terms, forms and conditions. Certificate holder, and any person or organization requested is included as an Additional Insured as required by a written contract, per form L815 (01/17), and Completed Operations per form L817 (02/15) on the General Liability Policy. A Waiver of Subrogation applies on the General Liability and Automobile Liability when required by written contract. Excess Liability is follow form.
Additional Insureds: FD 120 Turnpike, LLC (Owner), and Ferris Development Group, LLC (Manager)

**CERTIFICATE HOLDER**

FD 120 Turnpike, LLC
C/O Ferris Development Group, LLC
One Research Drive
Suite 105B
Westborough MA 01581

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE

© 1988-2015 ACORD CORPORATION. All rights reserved.

 The ACORD name and logo are registered marks of ACORD

EXHIBIT B

NorthStar
Construction Services Corporation

*Doing it all... SAFELY!*

March 17, 2022

Ferris Development
118 Turnpike Road
Suite 300
Southborough, MA 01772

**Re: 118 & 120 Turnpike Road, Southborough MA**
**Subj: Roof Proposal (20,000sf+- per Building)**

We propose to furnish all labor, materials, and tools necessary to:

1. Vacuum existing ballast stone from the surface of the roof and properly dispose of.
2. Slice existing membrane into a 10'x10' grid pattern and leave in place.
3. Remove all flashings and properly dispose of.
4. Inspect existing insulation and replace any wet or damaged material with new isocyanurate insulation to match existing thickness. *This work will be done at the unit price of $4.00/sf.*
5. Install ½" high density isocyanurate coverboard and mechanically-fasten it to the roof deck.
6. Install pressure treated wood blocking to match the thickness of the new insulation at the perimeter of the roof.
7. Install .060 adhered EPDM membrane roof system per the manufacturer's specifications.
8. Flash all roof penetrations per the roof manufacturer's approved details.
9. Fabricate and install .040 aluminum fascia with a standard Kynar color at the perimeter of the roof.
10. Fabricate and install new scupper and downspout at the elevator penthouse.
11. Remove all job-related debris.
12. Provide owner with evidence of required insurance.
13. Provide owner with required building permit.

**118 Turnpike Road – Contract Price: $167,000.00**

**120 Turnpike Road – Contract Price: $164,000.00**

***Exclusions:***

- ***Disconnection and reconnection of mechanical and electrical equipment (if required); this work will be coordinated by NorthStar with the owner's vendors.***
- ***The cost to repair damage caused by fasteners penetrating conduits that are attached to the underside of the roof deck is not included. NorthStar will make every effort to avoid any conduits when installing the new roof system.***
- ***Interior protection is not included; it should be noted that some dust and debris may migrate to the interior space below the work area where there are no ceilings present. Any sensitive items should be removed or protected by the occupants in the work area.***

200 Mount Laurel Circle ☆ Shirley, Massachusetts 01464
Tel: 978-425-0001 ☆ Fax: 978-425-0002 ☆ www.nstarroofing.com

EXHIBIT B

NorthStar Construction Services Corporation

Doing it all... SAFELY!

*Pricing Note:*

- ***Due to extreme volatility in the market, manufacturers will not guarantee material pricing. Anticipated lead-time on materials is 3-6 months and the manufacturers have indicated that more price increases are anticipated during this time, as such the materials will be priced at market rate when shipped. We reserve the right to adjust our pricing to reflect these material cost increases at time of shipment.***

If you have any questions regarding this proposal, please contact me directly.
Sincerely,
NorthStar Construction Services
*Todd Rotti*
Todd Rotti
Vice President

Date Filed 12/5/2023 1:13 PM
Superior Court - Worcester
Docket Number

EXHIBIT C

# FD 120 Turnpike LLC

**Transaction Report**
All Dates

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|
| ▾ Fixed Assets | | | | | | |
| ▾ Building Improvements | | | | | | |
| ▾ Roof Improvements | | | | | | |
| 05/23/2022 | Bill | 522-10384 | Northstar Construction Services Corporation | 30% deposit - 120 Turnpike Roof Replacement | 49,200.00 | 49,200.00 |
| 07/27/2022 | Bill | 722-10426 | Northstar Construction Services Corporation | 60% roof work | 98,400.00 | 147,600.00 |
| 08/23/2022 | Bill | 822-10452 | Northstar Construction Services Corporation | 10% roof work + CO | 26,250.00 | 173,850.00 |
| 09/28/2022 | Bill | 19850 | Northstar Construction Services Corporation | repair on lower roof | 210.00 | 174,060.00 |
| 10/01/2022 | Journal Entry | 110 | | reclass small-dollar roof repair expense to P&L | -210.00 | 173,850.00 |
| Total for Roof Improvements | | | | | $173,850.00 | |
| Total for Building Improvements | | | | | $173,850.00 | |
| Total for Fixed Assets | | | | | $173,850.00 | |
| TOTAL | | | | | $173,850.00 | |

EXHIBIT C