# EXHIBIT C

HASSETT | DONNELLY

446 Main Street
12th Floor
Worcester, MA 01608
Telephone: (508) 791-6287
Facsimile: (508) 791-2652
www.hassettdonnelly.com

**Kristen M. Wice**
kwice@hassettdonnelly.com

April 29, 2026

***VIA FIRST-CLASS & CERTIFIED MAIL***

Ms. Jacqueline de Oliveira Sampaio
London Glass & Mirror, Inc.
88 Bittersweet Road
Falmouth, MA 02536

Re: FD 120 Turnpike, LLC v. London Glass & Mirror LGM Inc. a/k/a London Glass & Mirror, Inc.
Worcester Superior Court; Civil No.: 2385CV01320

**IMPORTANT – PLEASE READ – THIS OFFICE WAS HIRED TO DEFEND YOU PREVIOUSLY SENT 4/6/2026**

Dear Ms. Sampaio:

As you are aware, you are being sued by FD 120 Turnpike, LLC related to exterior-windows replacement work at 120 Turnpike Road, Southborough, MA. This office has been hired by Nautilus Insurance Company to represent you in this lawsuit. We require your assistance in this matter in order to properly prepare a defense for you.

This office has made numerous attempts to reach you to discuss the details of this case with you. FD 120 Turnpike, LLC's lawyers issued written discovery, (Interrogatories and Requests for Production of Documents), which we are mandated to answer by the Superior Court rules. The responses to this discovery are overdue.

I am enclosing a copy of the discovery that requires your attention and responses. Please note that your cooperation in this matter is mandatory pursuant to the terms of the insurance policy with Nautilus Insurance Company. If you fail to cooperate further, Nautilus may decide not to defend you in this case and you may become personally liable for any alleged damages to the plaintiff stemming from the work at 120 Turnpike Road, Southborough, MA.

**Again, I urge you to please contact this office or me directly to discuss this matter** and the discovery that remains outstanding. Please understand that it is in your own best interest to do so.

Very truly yours,

*/s/ Kristen M. Wice*

Kristen M. Wice, Esquire

KMW/acb

Certified Mail
Return Receipt: 9589 0710 5270 2683 5746 53

HASSETT | DONNELLY

446 Main Street
12th Floor
Worcester, MA 01608
Telephone: (508) 791-6287
Facsimile: (508) 791-2652
www.hassettdonnelly.com

**Kristen M. Wice**
kwice@hassettdonnelly.com

May 8, 2026

***VIA HAND DELIVERY***

Ms. Jacqueline de Oliveira Sampaio
London Glass & Mirror, Inc.
88 Bittersweet Road
Falmouth, MA 02536

Re: FD 120 Turnpike, LLC v. London Glass & Mirror LGM Inc. a/k/a London Glass & Mirror, Inc.
Worcester Superior Court; Civil No.: 2385CV01320

**IMPORTANT – PLEASE READ – THIS OFFICE WAS HIRED TO DEFEND YOU PREVIOUSLY SENT 4/6/2026 and 4/29/2026**

Dear Ms. Sampaio:

As you are aware, you are being sued by FD 120 Turnpike, LLC related to exterior-windows replacement work at 120 Turnpike Road, Southborough, MA. This office has been hired by Nautilus Insurance Company to represent you in this lawsuit. We require your assistance in this matter in order to properly prepare a defense for you.

This office has made numerous attempts to reach you to discuss the details of this case with you. FD 120 Turnpike, LLC's lawyers issued written discovery, (Interrogatories and Requests for Production of Documents), which we are mandated to answer by the Superior Court rules. The responses to this discovery are overdue.

I am enclosing a copy of the discovery that requires your attention and responses. Please note that your cooperation in this matter is mandatory pursuant to the terms of the insurance policy with Nautilus Insurance Company. If you fail to cooperate further, Nautilus may decide not to defend you in this case and you may become personally liable for any alleged damages to the plaintiff stemming from the work at 120 Turnpike Road, Southborough, MA.

**Again, I urge you to please contact this office or me directly to discuss this matter** and the discovery that remains outstanding. Please understand that it is in your own best interest to do so.

Very truly yours,

*/s/ Kristen M. Wice*

Kristen M. Wice, Esquire

KMW/acb

HASSETT | DONNELLY

446 Main Street
12th Floor
Worcester, MA 01608
Telephone: (508) 791-6287
Facsimile: (508) 791-2652
www.hassettdonnelly.com

**Robert F. Leone**
rleone@hassettdonnelly.com

April 6, 2026

***VIA ELECTRONIC, FIRST-CLASS & CERTIFIED MAIL***

Mr. Edson De Assis Sampaio
Ms. Jacqueline Sampaio
London Glass & Mirror, Inc.
88 Bittersweet Road
Falmouth, MA 02536

Mr. Edson De Assis Sampaio
Ms. Jacqueline Sampaio
London Glass & Mirror, Inc.
30 Main Street, Suite #17
Ashland, MA 01721

edsolutioninc@gmail.com

Re: FD 120 Turnpike, LLC v. London Glass & Mirror LGM Inc. a/k/a London Glass & Mirror, Inc.
Worcester Superior Court; Civil No.: 2385CV01320

**IMPORTANT – PLEASE READ – THIS OFFICE WAS HIRED TO DEFEND YOU**

Dear Sir/Madam:

As you are aware, you are being sued by FD 120 Turnpike, LLC related to exterior-windows replacement work at 120 Turnpike Road, Southborough, MA. This office has been hired by Nautilus Insurance Company to represent you in this lawsuit. We require your assistance in this matter in order to properly prepare a defense for you.

This office has made numerous attempts to reach you to discuss the details of this case with you. FD 120 Turnpike, LLC's lawyers issued written discovery, (Interrogatories and Requests for Production of Documents), which we are mandated to answer by the Superior Court rules. The responses to this discovery are overdue.

I am enclosing a copy of the discovery that requires your attention and responses. Please note that your cooperation in this matter is mandatory pursuant to the terms of the insurance policy with Nautilus Insurance Company. If you fail to cooperate further, Nautilus may decide not to defend you in this case and you may become personally liable for any alleged damages to the plaintiff stemming from the work at 120 Turnpike Road, Southborough, MA.

**Again, I urge you to please contact this office or me directly to discuss this matter** and the discovery that remains outstanding. Please understand that it is in your own best interest to do so.

Very truly yours,

*/s/ Robert F. Leone*

Robert F. Leone, Esquire

RFL/rp

Certified Mail
Return Receipt # 9589 0710 5270 3008 4428 62

Certified Mail
Return Receipt # 9589 0710 5270 3008 4428 79