# **EXHIBIT D**

| DEFAULT ORDER (Mass. R. Civ. P. 33(a)) | DOCKET NUMBER 2385CV01320 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME FD 120 Turnpike, LLC vs. London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc | | Dennis P. McManus, Clerk of Courts Worcester County |
| TO: File Copy | | COURT NAME & ADDRESS Worcester County Superior Court 225 Main Street Worcester, MA 01608 |

It appearing to the Clerk-Magistrate that an application for entry of final judgment for relief was made, accompanied by a copy of the final request for answers and required affidavit, and that no answers to the interrogatories have been served, the party(s), named below, is (are) hereby defaulted pursuant to Mass. R. Civ. P. 33(a).

**London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc**

18#

The plaintiff shall file one of the following, if not already entered:

1. in accordance with Mass. R. Civ. P. 55(b)(2) and subject to Mass. R. Civ. P. 54(b) and 55(b)(4), file a motion for an assessment of damages and default judgment by 06/10/2026.

or

2. ~~in accordance with Mass. R. Civ. P. 55(b)(1) (for a sum certain or for a sum which can by computation be made certain) and subject to Mass. R. Civ. P. 54(b) and 55(b)(4), file a request for default judgment by 06/10/2026.~~

| DATE ISSUED | CLERK OF COURTS | ASSISTANT CLERK | SESSION PHONE# |
|---|---|---|---|
| **05/11/2026** | **Dennis P. McManus, Clerk of Courts** | X [signature] | **(508)831-2361** |