# EXHIBIT F

E-FILED

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss. SUPERIOR COURT

| | |
|---|---|
| FD 120 TURNPIKE, LLC,<br>Plaintiff,<br><br>v.<br><br>LONDON GLASS & MIRROR<br>LGM INC.,<br>Defendant. | C.A. No. 2385-cv-01320 C |

(19)

**MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT LONDON GLASS & MIRROR**

NOW COMES the Plaintiff, FD 120 Turnpike, LLC, by counsel, pursuant to Mass. R. Civ. P. 55(b)(1) and further to this Court's Default Order issued May 11, 2026 (Dkt # 18), who moves the Clerk of this Court for Default Judgment against Defendant **London Glass & Mirror LGM Inc** a/k/a London Glass & Mirror Inc. In support thereof, the Plaintiff states as follows:

The Defendant was found in Default on May 11, 2026. The Plaintiff's claim was for a sum certain, and a Default Judgment is in order. Attached to this Motion is the Plaintiff's Affidavit in Support.

WHEREFORE, the Plaintiff respectfully requests that the Clerk of this Court enter Default Judgment in Plaintiff's favor against the Defendant London Glass & Mirror LGM Inc, in the amount of **$173,850.00** as supported by the attached Affidavit, together with such other relief as this Court deems just and proper.

**FD 120 TURNPIKE, LLC,**

By Its Attorneys,

Brian R. Charville
Brian R. Charville, BBO # 625051
George T. Bahnan, BBO # 698233

6/3/26. Clerk to schedule a hearing on this motion. Plaintiffs shall provide 14 days notice to defendant. Hanley, J.

E-Documents sent 6/9/26

August 27, 2026 See findings and order of same date. Ferrer, J.

ATTEST: Anne Oler Asst Clerk

E-Documents sent 8/31/26