# **EXHIBIT H**

EST. 2000 FERRIS

October 13, 2026

| **VIA FIRST-CLASS & CERTIFIED MAIL** | **VIA EMAIL & CERTIFIED MAIL** |
|---|---|
| Nautilus Insurance Group | Kristen M. Wice, Esq. |
| Attn: Claims Department / Coverage Counsel | David F. Hassett, Esq. |
| 7233 E. Butherus Dr. | Hassett & Donnelly, P.C. |
| Scottsdale, AZ 85260 | 446 Main St., 12th Fl. |
| | Worcester, MA 01608 |

Re: *FD 120 Turnpike, LLC v. London Glass & Mirror LGM Inc*
Worcester Superior Court Case No. 2385CV01320; Nautilus Policy NN1100422
**Demand for Satisfaction of Final Judgment**

To Nautilus Claims and Coverage Counsel, and Counsel for London Glass & Mirror LGM Inc:

I represent FD 120 Turnpike, LLC ("FD 120"), the Plaintiff in the above-referenced action in Worcester County (Massachusetts) Superior Court. FD 120 demands that Nautilus Insurance Group ("Nautilus") promptly satisfy the final Judgment entered against Nautilus's insured, London Glass & Mirror LGM Inc. a/k/a London Glass & Mirror Inc. ("London"), the Defendant in the above-captioned matter, including applicable post-judgment interest and recoverable costs.

Following an evidentiary assessment of damages on August 27, 2026, the Worcester Superior Court entered judgment in FD 120's favor. The Judgment totals $230,875.06, consisting of $173,850 in compensatory damages and additional interest and amounts reflected in the Judgment. Please refer to the enclosed certified Judgment and enclosed copy of the Court's docket. Neither London nor Nautilus timely sought appellate or post-judgment relief.

Nautilus issued, according to London's October 6, 2020, ACORD certificate, which is attached hereto, occurrence-based commercial general liability policy NN1100422, effective March 11, 2020, through March 11, 2021, with stated limits of $1,000,000 per occurrence and $2,000,000 general aggregate. The certificate is not the policy, and FD 120 reserves its position concerning all applicable policy terms, endorsements and other insurance.

The Judgment arises from physical damage to FD 120's roof caused by London's negligent handling and storage of glass during work at 120 Turnpike Road, Southborough. Nautilus engaged Hassett & Donnelly to defend London during the underlying action. Notably, Nautilus-appointed defense counsel appeared at the August 27 damages-assessment hearing, and participated and cross-examined FD 120's witness. Nautilus had actual notice of the proceeding and an opportunity to contest the Plaintiff's damages evidence. Nonetheless the Judgment was entered against your insured.

We understand Nautilus may contend that London failed to cooperate by not providing information needed to produce timely discovery responses. To be clear, not even objections to Plaintiff's Interrogatories and Requests for Production of Documents, let alone substantive responses, were provided to Plaintiff. Under Massachusetts law, a noncooperation defense requires, among other things, a substantial and material breach, affirmative proof of actual prejudice, and diligent, good-faith efforts to secure the insured's cooperation. *Darcy v. Hartford Ins. Co.*, 407 Mass. 481, 488-92 (1990). Counsel's participation in the damages hearing is material

to that inquiry, although FD 120 recognizes Nautilus may assert separate claimed prejudice arising from the earlier discovery default. FD 120 disputes that any unproven noncooperation defense defeats its rights.

M.G.L. c. 175, §§ 112-113 and M.G.L. c. 214, § 3(9) provide a judgment creditor a mechanism to reach and apply insurance proceeds toward a qualifying unpaid Judgment for property damage. The statutory thirty-day period has elapsed. Absent prompt resolution, FD 120 intends to pursue that remedy, as well as execution against London, without further notice.

Accordingly, within ten (10) calendar days after receipt of this letter, please: (1) confirm Nautilus will pay the Judgment, lawful post-Judgment interest and recoverable costs, and identify a payment date (I had asked Hassett & Donnelly for that information on August 28th); (2) identify the exact issuing insurance entity and claims representative assigned to this claim; (3) provide a complete certified copy of the policy, declarations, forms and endorsements, including additional-insured and completed-operations forms; (4) provide all reservation-of-rights, disclaimer and coverage-position letters; and (5) if coverage is disputed, identify each policy provision and the specific factual basis for every asserted defense, including the acts of alleged noncooperation, efforts to obtain cooperation and claimed actual prejudice.

Please preserve all nonprivileged claim and coverage materials, correspondence, communications concerning the defense and default, and electronically stored information. This request does not purport to override any valid privilege; FD 120 reserves the right to test privilege assertions in appropriate proceedings.

Nothing herein waives any right, remedy, claim for interest, or position concerning coverage, judgment enforcement, or statutory remedies. This is a payment demand, not an agreement to defer enforcement.

Yours sincerely,

Brian R. Charville, Esq.

Encs. – Allowed Motion for Default Judgment; Findings & Order on Application for Default Judgment; certified Judgment; current docket; ACORD certificate

E-FILED

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss. SUPERIOR COURT

| FD 120 TURNPIKE, LLC,<br>Plaintiff,<br><br>v.<br><br>LONDON GLASS & MIRROR LGM INC.,<br>Defendant. | C.A. No. 2385-cv-01320 C |
|---|---|

(19)

**MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT LONDON GLASS & MIRROR**

NOW COMES the Plaintiff, FD 120 Turnpike, LLC, by counsel, pursuant to Mass. R. Civ. P. 55(b)(1) and further to this Court's Default Order issued May 11, 2026 (Dkt # 18), who moves the Clerk of this Court for Default Judgment against Defendant **London Glass & Mirror LGM Inc** a/k/a London Glass & Mirror Inc. In support thereof, the Plaintiff states as follows:

The Defendant was found in Default on May 11, 2026. The Plaintiff's claim was for a sum certain, and a Default Judgment is in order. Attached to this Motion is the Plaintiff's Affidavit in Support.

WHEREFORE, the Plaintiff respectfully requests that the Clerk of this Court enter Default Judgment in Plaintiff's favor against the Defendant London Glass & Mirror LGM Inc, in the amount of **$173,850.00** as supported by the attached Affidavit, together with such other relief as this Court deems just and proper.

**FD 120 TURNPIKE, LLC,**

By Its Attorneys,

Brian R. Charville (signature)

Brian R. Charville, BBO # 625051
George T. Bahnan, BBO # 698233

6/3/26. Clerk to schedule a hearing on this motion. Plaintiff shall provide 14 days notice to defendant. Hanley, J.

E-Documents sent 6/9/26

August 27, 2026 See findings and Order of Same Date. Ferrer, J.

ATTEST: Anne Oler Ast Clerk

E-Documents sent 8/31/26

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.

SUPERIOR COURT
CIVIL ACTION
NO. 2385CV01320

FD 120 Turnpike, LLC

vs.

London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc.

## FINDINGS AND ORDER ON APPLICATION FOR DEFAULT JUDGMENT

This matter came before the Court upon the application of plaintiff FD 120 Turnpike, LLC ("Plaintiff") for a default judgment and to assess damages following the entry of an Order of Default against Defendant London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc. ("Defendant"). After notice and a hearing, the Court finds and rules as follows:

24

1. On or about October 13, 2020, Plaintiff's general contractor subcontracted with Defendant to replace all of the exterior windows at the office building it owned at 120 Turnpike Road in Southborough, MA ("the Property").

2. After the Defendant ceased work on the Property in February 2021, Plaintiff discovered the Defendant had left shattered panes of glass on the roof of the building, which pierced the roof membrane and caused water damage and affected tenants' use and enjoyment of their spaces.

3. Plaintiff commenced this court action on December 3, 2023, and copies of the Summons and Complaint were served upon the Defendant on October 25, 2024. A completed Return of Service was duly filed with the Court on October 30, 2024.

4. On May 11, 2026, default again entered against Defendant, pursuant to Mass. R. Civ. P. 33(a).

5. On June 2, 2026, Plaintiff filed a Motion and Memorandum for Default Judgment and Hearing for Assessment of Damages.

6. On June 1, 2026, Plaintiff filed a request for a damage assessment hearing. Thereafter, the Court scheduled a damage assessment hearing for August 20, 2026.

7. A Damage Assessment Hearing scheduled for August 20, 2026, and Plaintiff served a 14-day notice upon Defendant on June 24, 2026.

8. On July 29, 2026, Defendant filed an emergency motion to continue the hearing, which was allowed. The Damage Assessment Hearing was rescheduled for August 27, 2026.

9. A hearing on the Plaintiff's motion for a default judgment and to assess damages was conducted by the Court on August 27, 2026. Defendant appeared at the hearing via counsel and cross-examined the Plaintiff.

10. In the course of the August 27, 2026 hearing, David M. Ferris, Plaintiff's sole manager, testified under oath concerning the damages Plaintiff suffered as a result of Defendant's negligence. Plaintiff also submitted into evidence multiple records in support, including a ledger reflecting costs associated with repairing those damages.

11. Based upon Mr. Ferris' testimony, the exhibits entered into evidence and the record in this case, the Court finds that the fair and reasonable damages sustained by the Plaintiff are $173,850.00.

**Order for Judgment**

Based upon the pleadings, testimony, exhibits and other materials submitted to this Court, the Court hereby orders that Judgment enter in favor of Plaintiff FD 120 Turnpike, LLC against Defendant London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc. in the amount of $173,850.00 plus statutory prejudgment interest in an amount to be calculated by the Clerk of Court

SO ORDERED this 27th day of August, 2026.

Gillian R. Feiner
Justice of the Superior Court



Entered and Copies Mailed__________

| JUDGMENT BY DEFAULT UPON ASSESSMENT OF DAMAGES<br>Mass. R. Civ. P. 55(b)(2) | **Trial Court of Massachusetts**<br>**The Superior Court** |
|---|---|
| DOCKET NUMBER<br>2385CV01320 | Dennis P. McManus, Clerk of Courts<br>Worcester County |
| CASE NAME<br>FD 120 Turnpike, LLC<br>vs.<br>London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc | COURT NAME & ADDRESS<br>Worcester County Superior Court<br>225 Main Street<br>Worcester, MA 01608 |

JUDGMENT FOR THE FOLLOWING PLAINTIFF(S)

FD 120 Turnpike, LLC

JUDGMENT AGAINST THE FOLLOWING DEFENDANT(S)

London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc

25

This action came on to be heard before the Court, Hon. Gillian Feiner, presiding, upon the marking of the motion of above named Plaintiff(s), in the above entitled action, for a default Judgment by the Court, pursuant to Mass.R.Civ.P. 55(b)2 and it appearing to the court that the complaint in said action was filed on 12/05/2023 and that the summons and complaint were duly served on the Defendant(s), and that no answer or other defense has been filed by the said defendant, and that default was entered in the office of the clerk of this court,
and that no proceedings have been taken by said Defendant since said default was entered.

After Hearing, it is **ORDERED AND ADJUDGED:**

The plaintiff(s) named above recover of the defendant(s) named above,
the "Judgment Total" with interest thereon as outlined below as provided by law, and the statutory costs of action.

| | |
|---|---|
| 1. Date of Breach, Demand or Complaint | 12/05/2023 |
| 2. Date Judgment Entered | 08/28/2026 |
| 3. Number of Days of Prejudgment Interest *(line 2 - Line1)* | 997 |
| 4. Annual Interest Rate of 0.12/365.25 = Daily Interest rate | .000329 |
| 5. Single Damages | $173,850.00 |
| 6. Prejudgment Interest *(lines 3x4x5)* | $57,025.06 |
| 7. Double or Treble Damages Awarded by Court *(where authorized by law)* | $ |
| 8. Statutory Costs | $.00 |
| 9. Attorney Fees Awarded by Court (where authorized by law) | $ |
| 10. **JUDGMENT TOTAL PAYABLE TO PLAINTIFF(S)** *(Lines 5+6+7+8+9)* | $230,875.06 |

| DATE JUDGMENT ENTERED | CLERK OF COURTS/ ASST. CLERK |
|---|---|
| 08/28/2026 | X [signature] |

Date/Time Printed: 08-28-2026 11:41:47

SCV060: 03/2017

A true copy by photostatic process
Attest: [signature]
Asst. Clerk

Entered and Copies Mailed 8/31/26

# 2385CV01320 FD 120 Turnpike, LLC vs. London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc

- Case Type:
- Torts
- Case Status:
- Open
- File Date
- 12/05/2023
- DCM Track:
- F - Fast Track
- Initiating Action:
- Other Negligence - Personal Injury / Property Damage
- Status Date:
- 10/22/2024
- Case Judge:
-
- Next Event:
-

All Information | Party | Judgment | Event | Tickler | Docket | Disposition

## Party Information

**FD 120 Turnpike, LLC**
- Plaintiff

Alias

**Party Attorney**
- Attorney
- Bahnan, Esq., George
- Bar Code
- 698233
- Address
- Ferris Development Group, LLC
118 Turnpike Rd
Ste 300
Southborough, MA 01772
- Phone Number
- (508)281-5600
- Attorney
- Charville, Esq., Brian Roger
- Bar Code
- 625051
- Address
- Ferris Development Group, LLC
118 Turnpike Rd
Ste 300
Southborough, MA 01772
- Phone Number
- (508)281-5600

More Party Information

**London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc**
- Defendant

Alias

**Party Attorney**
- Attorney
- Hassett, Esq., David F
- Bar Code
- 544443
- Address
- Hassett and Donnelly, P.C.
446 Main St 12th Floor
Worcester, MA 01608
- Phone Number
- (508)791-6287
- Attorney
- Wice, Esq., Kristen M
- Bar Code
- 705996
- Address
- Hassett Donnelly

446 Main St
Worcester, MA 01608
- Phone Number
- (617)892-6080

More Party Information

## Judgments

| Date | Type | Method | For | Against |
|---|---|---|---|---|
| 08/28/2026 | Default Judgment MRCP 55(b)2 | After Hearing | FD 120 Turnpike, LLC | London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc |

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 06/25/2026 02:00 PM | Civil C | WOR-4th FL, CR 26 (SC) | Final Pre-Trial Conference | Hamilton, Hon. Sarah | Canceled |
| 08/06/2026 02:00 PM | Civil C | WOR-4th FL, CR 26 (SC) | Damage Assessment Hearing | Feiner, Hon. Gillian | Rescheduled |
| 08/27/2026 02:00 PM | Civil C | WOR-4th FL, CR 26 (SC) | Damage Assessment Hearing | Feiner, Hon. Gillian | Held as Scheduled |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 12/05/2023 | 12/31/2024 | 392 | 10/25/2024 |
| Answer | 12/05/2023 | 04/03/2024 | 120 | 10/04/2024 |
| Rule 12/19/20 Served By | 12/05/2023 | 04/03/2024 | 120 | 10/04/2024 |
| Rule 12/19/20 Filed By | 12/05/2023 | 05/03/2024 | 150 | 10/04/2024 |
| Rule 12/19/20 Heard By | 12/05/2023 | 06/03/2024 | 181 | 10/04/2024 |
| Rule 15 Served By | 12/05/2023 | 04/03/2024 | 120 | 10/04/2024 |
| Rule 15 Filed By | 12/05/2023 | 05/03/2024 | 150 | 10/04/2024 |
| Rule 15 Heard By | 12/05/2023 | 06/03/2024 | 181 | 10/04/2024 |
| Discovery | 12/05/2023 | 12/01/2025 | 727 | 08/28/2026 |
| Rule 56 Served By | 12/05/2023 | 02/02/2026 | 790 | 06/12/2026 |
| Rule 56 Filed By | 12/05/2023 | 03/02/2026 | 818 | 06/12/2026 |
| Final Pre-Trial Conference | 12/05/2023 | 06/25/2026 | 933 | 06/25/2026 |
| Judgment | 12/05/2023 | 12/28/2026 | 1119 | 08/28/2026 |
| Follow-up 1-88 default order | 05/11/2026 | 06/26/2026 | 46 | 06/05/2026 |

## Docket Information

| Docket Date | *Docket Text* | File Ref Nbr. | *Image Avail.* |
|---|---|---|---|
| 12/05/2023 | Civil action cover sheet filed. | 1 | Image |
| 12/05/2023 | Case assigned to:<br>DCM Track F - Fast Track was added on 12/05/2023 | | |
| 12/05/2023 | Complaint electronically filed. | 2 | Image |
| 12/05/2023 | Attorney appearance<br>On this date Brian Roger Charville, Esq. added for Plaintiff FD 120 Turnpike, LLC | | |

| Docket Date | *Docket Text* | File Ref Nbr. | *Image Avail.* |
|---|---|---|---|
| 12/07/2023 | Plaintiff FD 120 Turnpike, LLC's EX PARTE Motion to Appoint a Court-Appointed Special Process Server<br>(R. Scott Gonfrade)<br>[E-FILED] | 3 | Image |
| 12/20/2023 | Endorsement on Motion to appoint a Court-Appointed Special Process Server (#3.0): ALLOWED<br>R. Scott Gonfrade may serve as a Special Process Server in this matter pursuant to Mass. R. Civ. P. 4(c). The court takes no action on the plaintiff's request that: (1) the court order all law enforcement to assist Mr. Gonfrade; and (2) the court command Mr. Gonfrade to perform a particular task. The court's order is limited to allowing Mr.Gonfrade to serve as a special process server pursuant to Rule 4(c).<br>e-document sent 12/21/2023.<br><br>Judge: Bell, Hon. Karin | | Image |
| 10/04/2024 | JUDGMENT OF DISMISSAL (1-88) entered, service not completed for any party by deadline review.<br><br>Judge: Reardon, Jr., Hon. James G<br><br>. | 4 | Image |
| 10/18/2024 | Plaintiff FD 120 Turnpike, LLC's Motion to vacate judgment of dismissal and to extend tracking order deadline<br>(E-FILED) | 5 | Image |
| 10/21/2024 | Endorsement on Motion to vacate Judgment of Dismissal and to extend tracking order deadline (#5.0): ALLOWED<br>e-document sent 10/22/2024<br><br>Judge: Hamilton, Hon. Sarah | | Image |
| 10/30/2024 | Service Returned for<br>Defendant London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc: Service made in hand; to Jacqueline Sampaio on 10/25/24 | 6 | Image |
| 01/30/2025 | Answer with a claim for jury trial (E-FILED)<br><br>Applies To: London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc (Defendant) | 7 | Image |
| 01/30/2025 | Defendant London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc's Submission of Uniform Counsel Certification (E-FILED) | 8 | Image |
| 01/30/2025 | Attorney appearance electronically filed.<br><br>Applies To: Ciapciak, Esq., Patrick (Attorney) on behalf of London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc (Defendant) | 9 | Image |
| 01/30/2025 | Attorney appearance electronically filed.<br><br>Applies To: Hassett, Esq., David F (Attorney) on behalf of London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc (Defendant) | 10 | Image |
| 02/04/2025 | Plaintiff, Defendant FD 120 Turnpike, LLC, London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc's Joint Motion to Extend Tracking Order<br>[E-FILED] | 11 | Image |
| 02/06/2025 | Endorsement on Motion to extend tracking order (#11.0): ALLOWED<br>New deadlines are those proposed in the motion. The court will schedule a final pre-trial conference in due course on a date convenient to the court.<br><br>e-document sent 02/10/2025.<br><br>Judge: Hamilton, Hon. Sarah | | Image |
| 05/08/2025 | Attorney appearance electronically filed.<br><br>Applies To: Hixson, Esq., Dylan T (Attorney) on behalf of London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc (Defendant) | 12 | Image |
| 05/08/2025 | Defendant London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc's Notice of Withdrawal (E-Filed)<br><br>Applies To: Ciapciak, Esq., Patrick (Attorney) on behalf of London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc (Defendant) | 13 | Image |
| 04/10/2026 | Attorney appearance electronically filed.<br><br>Applies To: Wice, Esq., Kristen M (Attorney) on behalf of London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc (Defendant) | 14 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 04/10/2026 | Defendant London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc's Notice of withdrawal of appearance electronically filed.<br><br>Applies To: Hixson, Esq., Dylan T (Attorney) on behalf of London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc (Defendant) | 15 | Image |
| 05/08/2026 | Attorney appearance<br>On this date George Bahnan, Esq. added for Plaintiff FD 120 Turnpike, LLC | 16 | Image |
| 05/08/2026 | Plaintiff FD 120 Turnpike, LLC's Application for<br>Entry of Final Judgment | 17 | Image |
| 05/08/2026 | Affidavit filed by Plaintiff FD 120 Turnpike, LLC in support of<br>Application for final Judgment | 17.1 | Image |
| 05/11/2026 | Entered as to:<br>Defendant London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc: Defaulted pursuant to 33(a); In accordance with Mass. R. Civ. P. 55(b)(2) and Subject to Mass. R. Civ. P. 54(b) and 55(b)(4), file a motion for an assessment of damages and default judgment by 6/10/26 | 18 | Image |
| 06/02/2026 | Plaintiff FD 120 Turnpike, LLC's Motion for<br>Default Judgment Against Defendant London Glass & Mirror<br>[E-FILED] | 19 | Image |
| 06/02/2026 | Affidavit of David M. Ferris, Plaintiff's Manager, in Support of Motion for Default Judgment<br>[E-FILED] | 19.1 | Image |
| 06/02/2026 | Plaintiff FD 120 Turnpike, LLC's Statement of<br>Damages in Support of Motion for Default Judgment<br>[E-FILED] | 19.2 | Image |
| 06/03/2026 | Endorsement on Motion for Default Judgment against Defendant London Glass & Mirror (#19.0): Other action taken<br>Clerk to schedule a hearing on this motion. Plaintiff shall provide 14 days notice to defendants.<br><br>e-document sent 06/09/2026<br><br>Judge: Hamilton, Hon. Sarah | | Image |
| 06/10/2026 | Plaintiff FD 120 Turnpike, LLC's Request to<br>Reschedule Final Pre-Trial Conference<br>(EFILED) | 20 | Image |
| 06/11/2026 | Endorsement on Request to reschedule final pre-trial conference (#20.0): ALLOWED<br>e-document sent 06/15/2026<br><br>Judge: Hamilton, Hon. Sarah | | Image |
| 06/24/2026 | Plaintiff FD 120 Turnpike, LLC's Notice of<br>Hearing on Assessment of Damages | 21 | Image |
| 06/24/2026 | Affidavit that Defendant London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc is not in the Military | 22 | Image |
| 07/29/2026 | Defendant London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc's EMERGENCY Motion to Continue August 6, 2026, Hearing on the Assessment of Damages<br>[E-FILED] | 23 | Image |
| 07/29/2026 | Affidavit of Kristen M. Wice in Accordance with Superior Court Rule 9A<br>[E-FILED] | 23.1 | Image |
| 07/29/2026 | Defendant London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc's Submission of<br>List of Documents<br>[E-FILED] | 23.2 | Image |
| 07/30/2026 | Endorsement on Motion to continue August 6, 2026 hearing on the assessment of damages (#23.0): ALLOWED<br>without opposition.<br>e-document sent 07/31/2026<br><br>Judge: Feiner, Hon. Gillian | | Image |
| 07/31/2026 | Event Result:: Damage Assessment Hearing scheduled on:<br>08/06/2026 02:00 PM<br>Has been: Rescheduled For the following reason: Request of Defendant<br>Hon. Gillian Feiner, Presiding<br>Staff:<br>Anne O'Connor, Assistant Clerk | | |
| 08/27/2026 | Event Result:: Damage Assessment Hearing scheduled on:<br>08/27/2026 02:00 PM<br>Has been: Held as Scheduled | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| | Comments: Courtroom 26 FTR<br>Hon. Gillian Feiner, Presiding<br>Staff:<br>Anne O'Connor, Assistant Clerk | | |
| 08/27/2026 | Endorsement on Motion for Default Judgment against Defendant London Glass & Mirror (#19.0): Other action taken<br>See Findings and Order of same date.<br>e-document sent 08/31/2026. | | Image |
| 08/31/2026 | ORDER: FINDINGS AND ORDER ON APPLICATION FOR DEFAULT JUDGMENT<br>Based upon the pleadings, testimony, exhibits and other materials submitted to this Court, the Court hereby orders that Judgment enter in favor of Plaintiff FD 120 Turnpike, LLC against Defendant London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc. in the amount of $173,850.00 plus statutory prejudgment interest in an amount to be calculated by the Clerk of Court.<br><br>So Ordered.<br><br>(See Findings and Order)<br><br>Entered and Copies mailed 08/31/2026. | 24 | Image |
| 08/31/2026 | JUDGMENT entered on this date.: Default Judgment MRCP 55(b)2 After Hearing Presiding: Hon. Gillian Feiner<br><br>Judgment For: FD 120 Turnpike, LLC<br><br>Judgment Against: London Glass & Mirror LGM Inc a/k/a London Glass & Mirror Inc<br><br>Terms of Judgment: Interest Begins: 12/05/2023 Jdgmnt Date: 08/28/2026 Interest Rate: .12 Daily Interest Rate: .000329<br>Damages: Damage Amt: 173850.00<br>Judgment Total: 230,875.06<br><br>(See Judgment)<br><br>Entered and Copies mailed 08/31/2026 | 25 | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Disposed by Default Judgment MRCP 55(b)2 | 08/31/2026 | |

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 10/6/2020

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

**PRODUCER**
Herlihy Insurance Group
51 Pullman Street
Worcester MA 01606

CONTACT NAME: Chris Rose
PHONE (A/C, No, Ext): 508-756-5159 FAX (A/C, No): 508-751-5747
E-MAIL ADDRESS: certificates@herlihygroup.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Nautilus Insurance Group | |
| INSURER B : Safety Indemnity Insurance Company | |
| INSURER C : Markel Insurance Company | |
| INSURER D : Travelers Insurance Company | |
| INSURER E : | |
| INSURER F : | |

**INSURED** LONDGLA-01
London Glass & Mirror, Inc.
30 Main Street - Suite#17
Ashland MA 01721

**COVERAGES** **CERTIFICATE NUMBER:** 144411409 **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | Y | Y | NN1100422 | 3/11/2020 | 3/11/2021 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE [X] OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 300,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | [X] POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| B | AUTOMOBILE LIABILITY | Y | Y | 5907754 | 3/11/2020 | 3/11/2021 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY; X SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | X HIRED AUTOS ONLY; X NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| C | X UMBRELLA LIAB; X OCCUR | Y | | EZXS3022167 | 3/11/2020 | 3/11/2021 | EACH OCCURRENCE | $ 5,000,000 |
| | EXCESS LIAB; CLAIMS-MADE | | | | | | AGGREGATE | $ 5,000,000 |
| | DED; RETENTION $ | | | | | | | $ |
| D | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y/N | | | 6HUB-4N57445-5-20 | 9/6/2020 | 9/6/2021 | PER STATUTE / OTH-ER | |
| | ANYPROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) [ ] | N / A | | | | | E.L. EACH ACCIDENT | $ 100,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 100,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 500,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**
Subject to policy terms, forms and conditions. Certificate holder, and any person or organization requested is included as an Additional Insured as required by a written contract, per form L815 (01/17), and Completed Operations per form L817 (02/15) on the General Liability Policy. A Waiver of Subrogation applies on the General Liability and Automobile Liability when required by written contract. Excess Liability is follow form.
Additional Insureds: FD 120 Turnpike, LLC (Owner), and Ferris Development Group, LLC (Manager)

**CERTIFICATE HOLDER**

FD 120 Turnpike, LLC
C/O Ferris Development Group, LLC
One Research Drive
Suite 105B
Westborough MA 01581

**CANCELLATION**

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

AUTHORIZED REPRESENTATIVE

© 1988-2015 ACORD CORPORATION. All rights reserved.


The ACORD name and logo are registered marks of ACORD